**Electronically Filed
Supreme Court
SCPW-14-0001338
30-DEC-2014
10:18 AM**

SCPW-14-0001338

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

EILEEN SHAVELSON, Petitioner,

vs.

THE HONORABLE RANDAL G.B. VALENCIANO, JUDGE OF THE FIFTH CIRCUIT COURT, STATE OF HAWAIʻI, Respondent Judge,

and

KITAAMI, JEFFREY HIRANAKA, HARVEY HIRANAKA, and MRS. MILTON (ANNA) HIRANAKA, Respondents.

---

ORIGINAL PROCEEDING
(CIVIL NO. 13-1-0137)

ORDER DENYING MOTION FOR RECONSIDERATION
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

Upon consideration of Petitioner Eileen Shavelson's motion for reconsideration of the December 17, 2014 order denying her petition for a writ of mandamus, and the record,

IT IS HEREBY ORDERED that the motion for reconsideration is denied.

DATED: Honolulu, Hawaiʻi, December 30, 2014.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Michael D. Wilson

